UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-19-01 |
| Plaintiff, | Hon. Paul L. Maloney<br>U.S. District Judge |
| v. | |
| J. T. STONE, | |
| Defendant. | |

## ORDER FOR DETENTION

Defendant appeared before the undersigned for hearing on the Government's motion for detention (ECF No. 16) on September 18, 2020. Defendant waived detention hearing at this time and reserved his right to a hearing in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated: September 18, 2020         /s/ *Maarten Vermaat*
                                  MAARTEN VERMAAT
                                  U.S. MAGISTRATE JUDGE